UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER SCARBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:11-cv-00816-MJD-TWP |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## Final Judgment

For the reasons set forth in the accompanying opinion, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the decision denying benefits, and **REMANDS** this action for further proceedings pursuant to 42 U.S.C. § 405(g).

Dated:   08/17/2012

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List: All Electronically Registered Counsel.